Betty D. Montgomery, Attorney General, and Jacob Dobres, Assistant Attorney General, for appellee.

CINCINNATI INSURANCE COMPANY, APPELLEE, *v.*
COLELLI & ASSOCIATES, INC., APPELLANT.

[Cite as *Cincinnati Ins. Co. v. Colelli & Assoc., Inc.,* 95 Ohio St.3d 325, 2002-Ohio-2214.]

(No. 2001–1309—Submitted April 10, 2002—Decided May 22, 2002.)

{¶ 1}  The judgment of the court of appeals is reversed on the authority of *Willoughby Hills v. Cincinnati Ins. Co.* (1984), 9 Ohio St.3d 177, 9 OBR 463, 459 N.E.2d 555.  The holding in *Preferred Risk Ins. Co. v. Gill* (1987), 30 Ohio St.3d 108, 30 OBR 424, 507 N.E.2d 1118, is limited to its facts.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, HARSHA and LUNDBERG STRATTON, JJ., concur.

WILLIAM H. HARSHA III, J., of the Fourth Appellate District, sitting for COOK, J.

Baker, Dublikar, Beck, Wiley & Mathews, James F. Mathews and Jack R. Baker, for appellee.

Jaime P. Serrat and Shawn P. Martin, for appellant.

Robert P. Rutter, urging reversal for amicus curiae, Ohio Academy of Trial Lawyers.